JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA ARIZONA AND NEVADA, et al.,

      Plaintiffs,

    v.

STILES CONSULTING FIRM LLC DBA STILES FOOD SERVICE & STAINLESS INSTALLATION, et al.,

      Defendants.

Case No.: 2:23-cv-10858-JLS-SKx

**FINAL JUDGMENT**

The Court has considered Plaintiffs' Motion for Entry of Default Judgment, supporting Declarations, and evidence submitted in support, and has granted default judgment against Defendants Stiles Consulting Firm LLC and Corey Stiles.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

Defendant Stiles Consulting Firm LLC d/b/a Stiles Foodservice & Stainless Installation and Defendant Corey William Stiles are jointly and severally liable for and shall pay to Plaintiffs a total judgment amount of $79,157.36.

Said judgment amount is comprised of $62,145.31 as and for delinquent unpaid employee benefit plan contributions for the months of June through December, 2023, $12,429.07 as and for statutorily-prescribed liquidated damages, and $4,582.98 as and for reimbursement of Plaintiffs' reasonable attorneys' fees pursuant to L.R. 55-3.

**IT IS SO ORDERED.**

DATED: July 18, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2